UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LAINE,<br><br>   Plaintiff,<br><br> v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>   Defendants. | Case No.  16-cv-04813-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**<br><br>Re: Dkt. No. 1 |

On August 22, 2016, Plaintiff filed this action.  Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Charles R. Breyer to determine whether it is related to *Laine v. Dutton et al*, 3:16-cv-02565-CRB.

**IT IS SO ORDERED.**

Dated: August 22, 2016

                     Donna M. Ryu
                     United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA LAINE,

    Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

    Defendants.

Case No. 4:16-cv-04813-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 23, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joshua Laine
2150 Portola Avenue, Ste D #238
Livermore, CA 94551

Dated: August 23, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

2