**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LAINE, | No. C16-02565 CRB |
| Plaintiff, | **ORDER RELATING CASE** |
| v. | |
| VICKIE DUTTON, ET AL., | |
| Defendants. | |

Magistrate Judge Donna M. Ryu referred the case of <u>Joshua Laine v. State of California</u>, No. 16-cv-04813-DMR to this Court for the purpose of determining whether it is related to the present case. This Court finds that the two cases are related pursuant to Civil Local Rule 3-12(a) and directs the Clerk to reassign the case of <u>Joshua Laine v. State of California</u>, No. 16-cv-04813-DMR to this Court.

**IT IS SO ORDERED.**

Dated: September 22, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE