IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LAINE,<br><br>    Plaintiff,<br><br>  v.<br><br>VICKIE DUTTON, ET AL.,<br><br>    Defendants. | No. C16-04813 CRB<br><br>**ORDER DISMISSING CASE** |

On October 13, 2016, the Court dismissed Plaintiff Joshua Laine's case without prejudice, allowed him thirty days to amend, and warned that "[f]ailure to timely amend could lead to the case's dismissal with prejudice." See Order (dkt. 15) at 5. Plaintiff has not timely amended. Accordingly, this case is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: November 17, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE